TROY A. STEWART, SBN 135764
P.O. Box 390
Glendale, California 91209-0390
Telephone: (626) 616-9474
Email: stewart1985@lawnet.ucla.edu

Attorney for Debtor and Defendant
PETER EMANUEL KVASSAY

FILED & ENTERED

APR 12 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY huerta    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT** CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No.: **2:12-bk-40267-PC** |
| | ) |
| PETER EMANUEL KVASSAY, | ) **Chapter 7** |
| | ) |
| Debtor. | ) **Adversary No. 12-02577-PC** |
| | ) |
| | ) **Hon. Peter H. Carroll** |
| _____ | ) |
| | ) **ORDER PARTIALLY GRANTING AND** |
| ROBERT KVASSAY, INDIVIDUALLY, AND | ) **PARTIALLY DENYING DEFENDANT'S** |
| THE KVASSAY FAMILY TRUST DATED | ) **MOTION TO DISMISS** |
| FEBRUARY 26, 1993. | ) |
| | ) **DATE:    April 2, 2013** |
| Plaintiff, | ) **TIME:    9:30 a.m.** |
| | ) **PLACE: United States Bankruptcy Court** |
| vs. | )    **Edward R. Roybal Federal Bldg.,** |
| | )    **255 E. Temple St., Courtroom 1468** |
| PETER EMANUEL KVASSAY, AN | )    **Los Angeles, CA 90012** |
| INDIVIDUAL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant PETER E. KVASSAY'S motion pursuant to FRBP 7012 and FRCP 12(b)(6) for an

order dismissing the claims alleged in the first amended complaint filed by plaintiffs ROBERT

KVASSAY and THE KVASSAY FAMILY TRUST DATED FEBRUARY 26, 1993, for

nondischargeability of a debt pursuant to 11 U.S.C. § 523(a)(4) (for fraud or defalcation while acting

in a fiduciary capacity) and 11 U.S.C. § 523(a)(6), came on for hearing on regular notice on the above-captioned date and at the above-captioned time and place before the Honorable Peter H. Carroll, United States Bankruptcy Judge (the "motion").  Troy A. Stewart appeared personally on behalf of defendant and Richard R. Clements appeared telephonically on behalf of plaintiffs.

The Court considered the papers and pleadings filed in support of and opposition to the motion *and* the oral argument of counsel for defendant and plaintiffs, *and* based thereon,

***IT IS ORDERED*** that:

1.      Plaintiffs' claim for nondischargeability of a debt pursuant to 11 U.S.C. § 523(a)(4) (for fraud or defalcation while acting in a fiduciary capacity) is dismissed with prejudice;

2.      Defendant's motion to dismiss plaintiffs' claim for nondischargeability of a debt pursuant to 11 U.S.C. § 523(a)(6) is denied; and

3.    Defendant's answer to plaintiffs' claims for nondischargeability of a debt pursuant to

11 U.S.C. § 523(a)(4) (larceny) and 11 U.S.C. § 523(a)(6) as alleged in plaintiffs' first

amended complaint is to be filed and served by April 22, 2013.


###

Date: April 12, 2013

Peter H. Carroll
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 313 East Broadway, P.O. Box 390, Glendale, California 91209-0390

A true and correct copy of the foregoing document entitled (*specify*):

**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING DEFENDANT'S MOTION TO DISMISS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) April 11, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See Attached Service List**           ☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 11, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See Attached Service List**           ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2013 | Troy A. Stewart | /s/  Troy A. Stewart |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**F 9013-3.1.PROOF.SERVICE**

**2.        Served by United States Mail:**

Office of the United States Trustee
725 South Figueroa Street
Suite 2600
Los Angeles, California 90017

Richard R. Clements
Law Offices of Richard R. Clements
1154 East Wardlow Road
Long Beach, California 90807

**3.        Served by Personal Delivery:**

Judge Peter H. Carroll
Edward R. Roybal Building and Courthouse
255 Temple Street
Bin outside Suite 1460
Los Angeles, California 90012

**Attachment to F 9013-3.1** (Service List to Proof of Service of Order Partially Granting and Partially Denying Defendant's Motion to Dismiss)

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):

**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING DEFENDANT'S MOTION TO DISMISS**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) April 11, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

**See Attached Service List**                                 ☐ Service information continued on
                                                                              attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**See Attached Service List**                                 ☐ Service information continued on
                                                                              attached page

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

                                                                              ☐ Service information continued on
                                                                              attached page

## F 9021-1.1.NOTICE.ENTERED.ORDER

**1.**     <u>**Served by the Court via Notice of Electronic Filing (NEF):**</u>

•     United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

•     Richard R Clements      rclements1@verizon.net

**2.**     <u>**Served by the Court via United States Mail:**</u>

Debtor/Defendant's Counsel
Troy A. Stewart
P.O. Box 390
Glendale, California 91209-0390

**Attachment to F 9021-1.1** (Notice of Entered Order and Service List)