DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff: ROBERT KVASSAY, TRUSTEE OF THE KVASSAY FAMILY TRUST, DATED FEBRUARY 26, 1993

FILED
AUG 25 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PETER EMANUEL KVASSAY<br><br>Debtor. | Case No.: 2:12-BK-40267-DS<br><br>Adversary No.: 2:12-AP-02577-DS<br><br>Chapter 7<br><br>**EXHIBIT REGISTER AND NOTICE RE DISPOSITION OF EXHIBITS** |
| ROBERT KVASSAY<br><br>Plaintiff,<br><br>vs.<br><br>PETER EMANUEL KVASSAY<br><br>Defendant. | Hearing Date: August 23, 2016<br>Hearing Time: 10:00 a.m.<br>Trial Judge: Hon. Gregg W. Zive<br>Courtroom: 1445<br>Location: Los Angeles Division<br>Edward R. Roybal Federal<br>Building and U.S. Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012 |

## LIST OF EXHIBITS
(NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

1. **Exhibit 1**  The court docket. (On file with the Court).

2. **Exhibit 2**  The Debtor's Chapter 7 Petition filed on September 5, 2012.

3. **Exhibit 3**  The Debtor's Schedules, Statement of Financial Affairs, and other deficiency documents filed on September 19, 2012.

4. **Exhibit 4**  "The Kvassay Family Trust Dated February 26, 1993" - page 15, section 6.16, naming Robert Kvassay as the alternate successor trustee.

5. **Exhibit 5**  "Resignation of Successor Trustee to the Kvassay Family Trust Dated February 26, 1993" - Defendant Peter Kvassay's resignation signed and notarized on January 12,

B-3024    *    EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

2007, showing that he understood that Robert Kvassay would serve as the Successor Trustee.

6. **Exhibit 6** "Affidavit Death of Trustee, Resignation of First Successor Trustee and Consent of Second Successor Trustee" - Plaintiff Robert Kvassay signed and notarized on July 29, 2008, with copy of Resignation of Successor Trustee dated January 12, 2007.

7. **Exhibit 7** The "Working Plan."

8. **Exhibit 8** "Real Property Loan Agreement and Escrow Instructions" loan of $1,500,000 from Lone Oak Fund, LLC to Peter Kvassay as the Trustee of the Kvassay Family Trust, dated July 3, 2007, signed by Peter Kvassay on pages 12 and 13.

9. **Exhibit 9** "Note Secured by Deed of Trust" - dated July 3, 2007, shows principal amount of $1,500,000, signed by Defendant Peter Kvassay at page 6; recorded on July 9, 2007, Los Angeles County Recorder's Office instrument number 20071618625.

10. **Exhibit 10** "Short Form Deed of Trust, and Deed of Trust and Assignment of Rents."

11. **Exhibit 11** "Certification of Trust" signed by Peter Kvassay.

12. **Exhibit 12** "Loan Funding Request" - Old Republic Title Company.

13. **Exhibit 13** "Information Authorization" - Loan Application for Lone Oak loan, signed by Peter Kvassay and dated June 27, 2007.

14. **Exhibit 14** Borrower Signature Authorization - signed by Peter Kvassay.

15. **Exhibit 15** Wire Transfer Instructions to Comerica Bank.

16. **Exhibit 16** Intra-day Transactional Detail - outgoing wire transfer of $1,087,497.13 into the Bank of America Account #0328613111.

17. **Exhibit 17** Bank of America account statement for June 19, 2007 through July 18, 2007, showing deposit of $1,087,797.13 into the Bank of America account number 0328613111.

18. **Exhibit 18** Letter of Approval from Bank of America for Line of Credit taken out by Richard Kvassay in the amount of $359,650.00, on December 5, 2006.

19. **Exhibit 19** Short Form Deed of Trust, signed by Richard Kvassay as Trustee for a Line of Credit of $359,650.00, signed and notarized on December 11, 2006.

20. **Exhibit 20** Emails dated March 26, 2009 between Robert Kvassay and Lone Oak.

21. **Exhibit 21** Loan Modification Agreement dated June 24, 2008, with Lone Oak Fund, signed by Peter Kvassay as Trustee. The Loan Modification extended the maturity date of the loan to December 31, 2008.

22. **Exhibit 22** Loan Modification Agreement dated (undated) with Lone Oak Fund, signed by Peter Kvassay as Trustee. (first page missing).

23. **Exhibit 23** Lone Oak payoff invoice.

24. **Exhibit 24** Withdrawal slip from Wells Fargo Bank for the bond money.

25. **Exhibit 25** Cashier's Check for $216,000.00 for bond from Wells Fargo Bank.

26. **Exhibit 26** Emails dated June 26, 2009 between Robert Kvassay and Lone Oak.

27. **Exhibit 27** Statement of Damages - Summary of mortgage payments made on the Lone Oak loan.

28. **Exhibit 28** Photographs of the Property taken by Robert Kvassay, showing the condition of the Property before and during the rehab. (18 in number).

29. **Exhibit 29** Photographs of the Property taken by Robert Kvassay, after the conclusion of the rehab. (12 in number).

30. **Exhibit 30** Summary of repairs made to the Property. (197 in number).

31. **Exhibit 31** First Accounting - page 2 of accounting shows that Robert Kvassay expended $447,731.66 in personal funds in repair and cleaning of the trust Property.

32. **Exhibit 32** Case number BP122477 (Probate case) - Petition filed May 7, 2010.

33. **Exhibit 33** Case number BP122477 (Probate case) - decisions of Jun. 20, 2013, Aug. 2, 2013, and the Sep. 17, 2013 decision adopting the Aug. 2, 2013 decision, collectively.

34. **Exhibit 34** California Court of Appeal case number B227557 - (eviction proceedings); 1) opinion on appeal; 2) remittitur; 3) California Supreme Court case number S200810, denial of petition for review.

35. **Exhibit 35** California Superior Court Case number BC524151, motion for sanctions and affirmance of sanctions order.

36. **Exhibit 36** Opening brief and reply brief in final appeal in probate case (BP122477).

37. **Exhibit 37** Final Opinion on Appeal (Aug. 5, 2015).

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

8/25/2016
Date

KATHLEEN J. CAMPBELL
U. S. Bankruptcy Court

By: _____
Deputy Clerk

Disposed of on: _____

Deputy Clerk: _____

Withdrawn on: _____

By: _____