DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☐   or   Defendant/Respondent(s): ☒

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No.: _12 - 40267 - DS_ |
|---|---|
| PETER EMANUEL KVASSAY | Adversary No.: _2:12-ap-02577-DS_ |
| | Chapter 7 ☒   11 ☐   13 ☐ |
| Debtor(s) | **EXHIBIT REGISTER AND NOTICE** |
| | **RE DISPOSITION OF EXHIBITS** |
| Robert Kvassay | Hearing Date: _August 23, 2016_ |
| Plaintiff/Movant(s) | Hearing Time: _10:00 A.M._ |
| vs. | Hearing Place: _Courtroom 1445_ |
| Peter Emanuel Kvassay | |
| Defendant/Respondent(s) | |

### LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

1. 38. Transcript - Page 1587
2. 39. Transcript - Pages 1331 - 1333
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

FILED
AUG 25 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ATTACHMENT 2

B-3024    *    EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1).  EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

8/25/16
_____
Date

**KATHLEEN J. CAMPBELL**
U. S. Bankruptcy Court

By: _____
Deputy Clerk

Disposed of on _____

Withdrawn on _____

Deputy Clerk _____

By: _____

Revised 12/12