FILED & ENTERED

OCT 13 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Peter Kvassay,<br><br>Debtor,<br><br>Robert Kvassay and the Kvassay Family Trust Dated February 26, 1993<br><br>Plaintiff(s),<br><br>v.<br><br>Peter Kvassay,<br><br>Defendant. | Case No.: 2:12-bk-40267-DS<br><br>Chapter: 7<br><br>Adversary No.: 2:12-ap-02577-DS<br><br>**JUDGMENT**<br><br>Trial Date<br><br>Date:   August 23, 2016-August 24, 2016<br>Time:   10:00 a.m. and 9:00 a.m.<br>Place:  Courtroom 1445<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

The court incorporates by reference the findings of fact and conclusions of law made in the memorandum decision entered concurrently with this judgment. Based on the reasons stated in the memorandum decision,

1   IT IS HEREBY ORDERED that judgment is entered in favor of the Defendant.

2   ###

Date: October 13, 2016

Gregg W. Zive
United States Bankruptcy Judge