TROY A. STEWART, SBN 135764
P.O. Box 390
Glendale, California 91209-0390
Telephone: (626) 616-9474
Email: stewart1985@lawnet.ucla.edu

Attorney for Defendant and Appellant
PETER EMANUEL KVASSAY

FILED
OCT 25 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:             Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:12-bk-40267-DS |
| PETER EMANUEL KVASSAY, | Chapter 7 |
| Debtor. | Adv. Case No.: 2:12-bk-02577-DS |
| | Judge Gregg W. Zive |
| ROBERT KVASSAY, INDIVIDUALLY, AND THE KVASSAY FAMILY TRUST DATED FEBRUARY 26, 1993, | NOTICE OF APPEAL |
| Plaintiffs, | |
| vs. | |
| PETER EMANUEL KVASSAY, AN INDIVIDUAL, | |
| Defendant. | |

Defendant PETER EMANUEL KVASSAY hereby appeals the Judgment entered in the above-captioned adversary case (no. 2:12-bk-02577-DS) on October 13, 2016 ("Judgment"). A true and correct copy of the Judgment is attached hereto.

/

/

Notice of Appeal - 1

The names of all parties to the Judgment appealed from and the names, addresses, telephone nos., and email addresses of their respective attorneys are as follows:

Peter Emanuel Kvassay (Defendant)
Troy A. Stewart, Esq.
313 E. Broadway, P.O. Box 390
Glendale, California 91209-0390
(626) 616-9474
stewart1985@lawnet.ucla.edu

Robert V. Kvassay, et al. (Plaintiffs)
Matthew C. Brown, Esq.
790 East Green Street
Pasadena, California 91101
(626) 449-4963
mbrown@brown-law.com

Dated: October 24, 2016

_____
TROY A. STEWART, Attorney for
Appellant PETER EMANUEL KVASSAY
313 E. Broadway, P.O. Box 390
Glendale, California 91209-0390
(626) 616-9474

**FILED & ENTERED**

OCT 13 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:12-bk-40267-DS |
| Peter Kvassay, | Chapter: 7 |
| | Adversary No.: 2:12-ap-02577-DS |
| Debtor, | **JUDGMENT** |
| Robert Kvassay and the Kvassay Family Trust Dated February 26, 1993 | Trial Date |
| Plaintiff(s), | Date: August 23, 2016-August 24, 2016 |
| v. | Time: 10:00 a.m. and 9:00 a.m. |
| | Place: Courtroom 1445 |
| Peter Kvassay, | 255 East Temple Street |
| Defendant. | Los Angeles, CA 90012 |

The court incorporates by reference the findings of fact and conclusions of law made in the memorandum decision entered concurrently with this judgment. Based on the reasons stated in the memorandum decision,

1  IT IS HEREBY ORDERED that judgment is entered in favor of the Defendant.

2  ###

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: October 13, 2016

24  _____
    Gregg W. Zive
25  United States Bankruptcy Judge

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 390, Glendale, California 91209-0390.

On October 25, 2016, I served the following described document:

**NOTICE OF APPEAL**

on the interested parties in this matter by email transmission to the following addressee:

mbrown@brown-law.com

Matthew C. Brown, Esq.
790 East Green Street
Pasadena, California 91101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 25, 2016, at Bellevue, Washington.

_____
TROY A. STEWART