TROY A. STEWART, SBN 135764
P.O. Box 390
Glendale, California 91209-0390
Telephone: (626) 616-9474
Email: stewart1985@lawnet.ucla.edu

Attorney for Appellant
PETER EMANUEL KVASSAY

```
FILED

OCT 25 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:12-bk-40267-DS |
| PETER EMANUEL KVASSAY, | Chapter 7 |
| Debtor. | Case No.: 2:12-bk-02577-DS |
| | Judge Gregg W. Zive |
| ROBERT KVASSAY, INDIVIDUALLY, AND THE KVASSAY FAMILY TRUST DATED FEBRUARY 26, 1993, | APPELLANT PETER EMANUEL KVASSAY'S NOTICE OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT (28 U.S.C. § 158(c)(1); FRBP 8005(a)(1)) |
| Plaintiffs, | |
| vs. | |
| PETER EMANUEL KVASSAY, AN INDIVIDUAL, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 158(c)(1) and FRBP 8005(a)(1), appellant PETER EMANUEL

KVASSAY hereby elects to have his appeal in the above-captioned case heard by the District Court.

DATED: October 24, 2016

TROY A. STEWART, Attorney for
Appellant PETER EMANUEL KVASSAY

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 390, Glendale, California 91209-0390.

On October 25, 2016, I served the following described document:

**APPELLANT PETER EMANUEL KVASSAY'S NOTICE OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT (28 U.S.C. § 158(c)(1); FRBP 8005(a)(1))**

on the interested parties in this matter by email transmission to the following addressee:

mbrown@brown-law.com

Matthew C. Brown, Esq.
790 East Green Street
Pasadena, California 91101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 25, 2016, at Bellevue, Washington.

TROY A. STEWART